1  MCGREGOR W. SCOTT
   United States Attorney
2  GRANT B. RABENN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,          | CASE NO. 2:19-MJ-00073-AC
12 |                       Plaintiff,   | FINDINGS AND ORDER EXTENDING TIME FOR
   |                                    | PRELIMINARY HEARING PURSUANT TO RULE
13 |            v.                      | 5.1(d) AND EXCLUDING TIME
14 | GABRIEL ALVA et al.,                | DATE: July 25, 2019
   |                                    | TIME: 2:00 p.m.
15 |                       Defendants.   | COURT: Hon. Allison Claire

16

17
       The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing
18
   Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on July 19, 2019. The
19
   Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,
20
   demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule
21
   5.1(d) of the Federal Rules of Criminal Procedure.
22
       Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests
23
   of justice served by granting this continuance outweigh the best interests of the public and the defendant
24
   in a speedy trial. 18 U.S.C. § 3161(b) & (h)(7)(A). The Court further finds that the extension of time of
25
   the preliminary hearing and the filing of an indictment would not adversely affect the public interest in
26
   the prompt disposition of criminal cases.
27
   ///
28

   [PROPOSED] FINDINGS AND ORDER                    1

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to August 29, 2019, at 2:00 p.m.

2. The time between July 25, 2019, and August 29, 2019, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(b) & (h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: July 22, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] FINDINGS AND ORDER