MCGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
501 I Street
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2799

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-00073-AC |
|---|---|
| Plaintiff, | STIPULATION AND ORDER BETWEEN THE UNITED STATES AND DEFENDANTS GABRIEL ALVA, IAN HOFFMANN, CATHERINE STUCKEY, AND GEORGE FRANCO. |
| v. | |
| GABRIEL ALVA, et al., | |
| Defendants. | |

**STIPULATION**

WHEREAS, the discovery in this case is voluminous and contains personal information including but not limited to Social Security numbers, dates of birth, financial account numbers, telephone numbers, residential addresses, and information potentially regarding confidential informants ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of Protected Information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, defendants, GABRIEL ALVA, IAN HOFFMANN, CATHERINE STUCKEY, and GEORGE FRANCO, by and through their counsels of record, respectively, Stephen Kahn, Todd

STIPULATION AND ORDER 1

Leras, Candice Fields, and Tasha Chalfant ("Defense Counsel"), and plaintiff, the United States of America, by and through its counsel of record, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of the discovery in this case (hereafter, collectively known as the "discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff. Defense Counsel may permit the defendant to view un-redacted documents in the presence of Defense Counsel or under the supervision of Defense Counsel. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the defendants, employees, other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

///
///
///
///
///
///

7. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order or the Court modifies this Order regarding such transfer of discovery.

IT IS SO STIPULATED.

Dated: August 22, 2019

MCGREGOR W. SCOTT
United States Attorney

/s/ Grant B. Rabenn
GRANT B. RABENN
Assistant United States Attorney

Dated: August 22, 2019

/s/ Stephen Kahn
STEPHEN KAHN
Counsel for Defendant Gabriel Alva

Dated: August 22, 2019

/s/ Todd Leras
TODD LERAS
Counsel for Defendant Ian Hoffmann

Dated: August 22, 2019

/s/ Candice Fields
CANDICE FIELDS
Counsel for Defendant Catherine Stuckey

Dated: August 22, 2019

/s/ Tasha Chalfant
TASHA CHALFANT
Counsel for Defendant George Franco

**ORDER**

IT IS SO FOUND AND ORDERED this 26th day of August, 2019.

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE