1  MCGREGOR W. SCOTT
   United States Attorney
2  GRANT B. RABENN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7
8              IN THE UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,          CASE NO.  2:19-MJ-00073-AC
12                     Plaintiff,
                                       STIPULATION FOR EXTENSION OF TIME FOR
13           v.                        PRELIMINARY HEARING PURSUANT TO RULE
                                       5.1(d) AND EXCLUSION OF TIME
14  GABRIEL ALVA et al.,
                                       DATE: May 29, 2020
15                     Defendants.     TIME: 2:00 p.m.
                                       COURT: Hon. Deborah Barnes
16
17
18          Plaintiff United States of America, by and through its attorney of record, Assistant United States

19  Attorney GRANT B. RABENN, and defendants GABRIEL ALVA, GEORGE FRANCO, and IAN

20  HOFFMANN, through their respective counsels of record, Stephen R. Kahn, Tasha P. Chalfant, and

21  Todd Leras, hereby stipulate as follows:

22          1.      The Complaint in case 2:19-MJ-00073-AC was filed on May 13, 2019, and defendants

23  Alva and Franco first appeared before a judicial officer of the Court in which the charges in this case

24  were pending on May 30, 2019.  Defendant Hoffmann first appeared in this District on June 20, 2019 on

25  the same matter.  By stipulation of the parties and order of the Court, the preliminary hearing is currently

26  scheduled for May 29, 2020.  The government has produced pre-indictment discovery, which defense

27  counsel is currently reviewing.

28          2.      By this stipulation, the parties jointly move for an extension of time of the preliminary

STIPULATION                           1

hearing date to July 31, 2020, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a preliminary hearing and speedy trial. 18 U.S.C. § 3161(b) & (h)(7)(A).

3.     The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between May 29, 2020, and July 31, 2020, be excluded pursuant to 18 U.S.C. § 3161(b) & (h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  May 18, 2020                          MCGREGOR W. SCOTT
                                              United States Attorney


                                              /s/ GRANT B. RABENN
                                              GRANT B. RABENN
                                              Assistant United States Attorney


Dated:  May 18, 2020                          /s/ STEPHEN R. KAHN
                                              STEPHEN R. KAHN
                                              Counsel for Defendant
                                              GABRIEL ALVA


Dated:  May 18, 2020                          /s/ TASHA P. CHALFANT
                                              TASHA P. CHALFANT
                                              Counsel for Defendant
                                              GEORGE FRANCO


Dated:  May 18, 2020                          /s/ TODD LERAS
                                              TODD LERAS
                                              Counsel for Defendant
                                              IAN HOFFMANN

1  MCGREGOR W. SCOTT
United States Attorney
2  GRANT B. RABENN
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

5

6  Attorneys for Plaintiff
United States of America

7

8               IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  2:19-MJ-00073-AC

                         Plaintiff,   FINDINGS AND ORDER EXTENDING TIME FOR
12                                     PRELIMINARY HEARING PURSUANT TO RULE
                                       5.1(d) AND EXCLUDING TIME
13                    v.

14  GABRIEL ALVA et al.,               DATE: May 29, 2020
                                       TIME: 2:00 p.m.
15                        Defendants.  COURT: Hon. Deborah Barnes

16

17        The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

18  Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on May 29, 2020.  The

19  Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

20  demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

21  5.1(d) of the Federal Rules of Criminal Procedure.

22        Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

23  of justice served by granting this continuance outweigh the best interests of the public and the defendant

24  in a speedy trial.  18 U.S.C. § 3161(b) & (h)(7)(A).  The Court further finds that the extension of time of

25  the preliminary hearing and the filing of an indictment would not adversely affect the public interest in

26  the prompt disposition of criminal cases.

27        THEREFORE, FOR GOOD CAUSE SHOWN:

28        1. The date of the preliminary hearing for defendants Gabriel Alva, Ian Hoffman, and George

1  Franco is extended to July 31, 2020, at 2:00 p.m.

2      2. The time between May 29, 2020, and July 31, 2020, shall be excluded from calculation

3  pursuant to 18 U.S.C. § 3161(b) & (h)(7)(A).

4      3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

6      IT IS SO ORDERED.

7  Dated:  May 20, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE